CLEVELAND BAR ASSOCIATION *v.* FAISON.

[Cite as *Cleveland Bar Assn. v. Faison* (1994), 70 Ohio St.3d 636.]

(No. 94–1376—Submitted September 13, 1994—Decided November 9, 1994.)

*Ticktin, Baron, Koepper Co., L.P.A.,* and *Engeline Koepper; Michael Wypasek;* and *Patrick Gannon,* for relator.

*Per Curiam.* We concur in the findings and recommendation of the board. Jacquelyn J.C. Faison is hereby indefinitely suspended from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.